**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Nashir FISHER, Respondent.**

Supreme Court of Pennsylvania.

Feb. 15, 2012.

#### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of February, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

1. Is conspiracy to commit third-degree murder a cognizable offense under Pennsylvania law?

2. In the alternative, if conspiracy to commit third-degree murder is not a cognizable offense under Pennsylvania's law, did the Superior Court contradict this Court's precedent by

failing to modify the judgment to a cognizable offense, *i.e.*, conspiracy to commit aggravated assault?

It is further ordered that this appeal is consolidated with the appeals at 144 EAL 2011 and 277 EAL 2011. A briefing schedule in these appeals will issue as directed at 144 EAL 2011.